David Anthony Stebbins

Plaintiff - Appellant

v.

Wal-Mart Stores Arkansas, LLC, also known as Wal-Mart Stores, Inc.

Defendant - Appellee

------

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:10-cv-03086-RTD)

------

**JUDGMENT**

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

October 28, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans